# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1470

_____

DALE DANIELS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

June 28, 2018

PER CURIAM.

The petition for belated appeal is denied.  *See* Fla. R. App. P. 9.141(c)(5)(A).

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dale Daniels, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.